UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JACKSON LEE,

                  Plaintiff,

           -against-

SIA INTERNATIONAL TRADING LIMITED.

                  Defendant.
-------------------------------------------------------------X

24 Civ. 5791 (LGS)

ORDER

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, a hearing for Defendant to show cause why default judgment should not be entered was scheduled for October 23, 2024.

WHEREAS, a non-lawyer employee of Defendant attempted to appear on behalf of Defendant at the hearing.

WHEREAS, Defendant, an artificial entity, may appear in federal court only through a licensed attorney, and may not appear pro se. *See* 28 U.S.C. § 1654; *U.S. ex rel. Mergent Servs. v. Flaherty*, 540 F.3d 89, 92 (2d Cir. 2008); *accord Seifelnasr v. Medicad*, No. 20 Civ. 5512, 2020 WL 4505679, at *2 (S.D.N.Y. Aug. 4, 2020). It is hereby

**ORDERED** that the hearing is adjourned to **November 20, 2024, at 4:30pm** on the following line: 888-363-4749, access code: 558-3333. It is further

**ORDERED** that Defendant must be represented at the hearing by an attorney licensed in the United States and admitted to practice in this Court.

DATED: October 24, 2024
           New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE